IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACE TIRES AMERICA, INC., a Division of SPECIALTY TIRES OF AMERICA, SPECIALTY TIRES OF AMERICA, INC., SPECIALTY TIRES OF AMERICA (PENNSYLVANIA), INC., SPECIALTY TIRES OF AMERICA (TENNESSEE), LLC, Plaintiffs, v. HOOSIER RACING TIRE CORP., and DIRT MOTOR SPORTS, INC. doing business as WORLD RACING GROUP, Defendants. | 2:07-cv-1294 |

## ORDER OF COURT

AND NOW, this 31th day of December, 2008, upon consideration of DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO TAKE IN EXCESS OF TEN DEPOSITIONS (Document No. 169), and in view of the Court's having already ruled on the subject motion, IT IS HEREBY ORDERED that Defendant's motion is **GRANTED IN PART**, in that Defendant may file a motion for reconsideration to oppose Plaintiffs' motion under seal on or before January 5, 2009.

BY THE COURT:

s/Terrence F. McVerry
Terrence F. McVerry
United States District Judge

cc: Joseph Decker, Esquire
Email: jdecker@bccz.com
Alan B. Rosenthal, Esquire
Email: arosenthal@bccz.com
Thomas M. Schultz, Esquire
Email: tschultz@polymerenterprises.net
Mark D. Shepard, Esquire
Email: mshepard@bccz.com
Mark K. Dausch, Esquire
Email: mdausch@bccz.com

HOOSIER RACING TIRE CORP.
Donna M. Doblick, Esquire
Email: ddoblick@reedsmith.com
Jason E. Hazlewood, Esquire
Email: jhazlewood@reedsmith.com
Donald E. Knebel, Esquire
Email: dknebel@btlaw.com
Kendall H. Millard, Esquire
Email: kmillard@btlaw.com
Lynn C. Tyler, Esquire
Email: lynn.tyler@btlaw.com
Deborah E. Pollack-Milgate, Esquire
Email: dmilgate@btlaw.com
Aaron M. Staser, Esquire
Email: astaser@btlaw.com

DIRT MOTOR SPORTS, INC.
John R. Gotaskie, Jr., Esquire
Email: jgotaskie@foxrothschild.com
Theodore H. Jobes, Esquire
Email: tjobes@foxrothschild.com